UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                              :
SHERIF ELMANZALAWY,                                           :
                                                              :
                          Plaintiff,                          :
                                                              :
          -v-                                                 :          26 Civ. 3589 (JPC)
                                                              :
TOO GOOD TO GO INC. and CHRISTINA MALINAS,    :                          ORDER
                                                              :
                          Defendants.                         :
                                                              :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The initial pretrial conference scheduled for July 15, 2026 at 4:30 p.m. is adjourned *sine die*. The parties shall file a joint status letter two weeks after mediation is held.

SO ORDERED.

Dated: July 2, 2026
          New York, New York
                                              _____
                                                        JOHN P. CRONAN
                                                    United States District Judge