UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERIF ELMANZALAWY,

Plaintiff,

-v-

TOO GOOD TO GO INC. and CHRISTINA MALINAS,

Defendants.

26 Civ. 3589 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 27, 2026, Plaintiff indicated that "the parties intend[ed] to submit a stipulation staying this action pending arbitration," but that they would first seek "leave to complete . . . mediation." Dkt. 19. The Court granted that leave. Dkt. 20. The Mediator's Report now suggests, however, that the parties' efforts to mediate have failed. Dkt. 21. By November 23, 2026, the parties shall file a joint letter updating the Court on (i) the status of mediation; and (ii) whether they plan to stipulate to a stay pending arbitration.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge